## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ANTHONY CAIRNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE No.:  4:20-CV-00936 |
| LR-CARROLLTON 1, LLC and | ) | |
| MDT MARSH, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF SETTLEMENT**

Plaintiff, ANTHONY CAIRNS  ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, LR-CARROLLTON 1, LLC and MDT MARSH, LTD.

Plaintiff and Defendants, LR-CARROLLTON 1, LLC and MDT MARSH, LTD., are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the  agreement is finalized.  Plaintiff and  Defendants request thirty (30) days within which to file its dismissal documents.

SCHAPIRO LAW GROUP, P.L
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 • Tel (561) 807-7388 • Fax (810) 885-5279

Respectfully submitted this 5th day of February, 2021.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

ATTORNEYS FOR PLAINTIFF


**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed

electronically using the CM/ECF system on  this 5th day of February, 2021.


/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL