UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANTHONY CAIRNS | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-936-SDJ |
| | § | |
| LR-CARROLLTON 1, LLC, ET AL. | § | |
| | § | |

## ORDER ON CLOSING DOCUMENTS AND STAYING DEADLINES

The Court has received Plaintiff's Notice of Settlement. (Dkt. #9).

It is therefore ORDERED that, on or before **March 8, 2021**, all parties shall file with the Court all papers necessary for the closing of this case and its removal from the active docket of this Court. If such papers are not received by the Court by the scheduled deadline, the Court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

It is further **ORDERED** that any deadlines and hearings scheduled in this matter are **STAYED** pending further order of the Court.

**So ORDERED and SIGNED this 9th day of February, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE